OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Middle - Harrisburg_ Clerk of District Court
(District)

Date _6/13/03_

_Avalanche vs. Wasn_
(Caption)

C. of A. No. _00-9009_

_Dennis Troup, Sr., et al._
(Appellant)

_00-cv-01948_
(D.C. No.)

RECEIVED JUN 16 2003 PER HARRISBURG PA — Court CLERK

Enclosures:

_June 13, 2003_ _____ Certified copy of C. of A. Order by the Court/Clerk
(Date)

* __X__ Record

* _____ Partial Record

* _____ Supplemental Record (First) (Second) (Third)

* _____ Exhibits

* _____ State Court Record

__X__ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____ is recalled.

_Gayle Burr_ (267)-299-_4921_
Deputy Clerk       Telephone Number

* _____ (267)-299-_____
Record Processor   Telephone Number

Receipt Acknowledge:

_a clerk_
(Name)
_6/16/03_
(Date)

Rev. 9/25/02
Appeals (Record)

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 00-9009

DANIEL M. SARANCHAK, by his next friends,
DENNIS TROUP, SR. and ALEXANDRA FENSTERER

v.

MARTIN HORN, Commissioner, Pennsylvania Department of
Corrections; DONALD VAUGHN, Superintendent of the State
Correctional Institution at Graterford; JOSEPH P. MAZURKIEWICZ,
Superintendent of the State Correctional Institution at Rockview

Dennis Troup, Sr. and Alexandra Fensterer,
Appellants

(MD PA No. 1:00-cv-1948)

PRESENT:   Scirica, Chief Judge, Nygaard and Greenberg, Circuit Judges

FILED
HARRISBURG, PA
JUN 1 6 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

ORDER

By letter dated April 4, 2003, the Court requested that the parties respond as to why the appeal should not be dismissed as moot in light of the Pennsylvania Supreme Court's opinion in Commonwealth v. Saranchak, 810 A.2d 1197 (PA. 2002).

Upon consideration of the Pennsylvania Supreme Court's opinion and the responses by the parties, it is hereby O R D E R E D that the appeal is dismissed as moot.

By the Court,

A True Copy:

_____
Marcia M. Waldron,
Clerk

_____
Chief Judge

Date: JUN 1 3 2003